STEVEN M. BAKER, ESQ.
Nevada Bar No. 4522
BENSON, BERTOLDO, BAKER & CARTER
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 228-2600 Telephone
(702) 228-2333 Facsimile
teresa@bensonlawyers.com
Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCES M. WEEKS-ANDEREGG,<br><br>Plaintiff,<br><br>vs.<br><br>KATHRYNNE ALEXINE MCPHERSON;<br>UNITED STATES OF AMERICA; CIVIL AIR<br>PATROL FOUNDATION, INC, an Alabama<br>Domestic Non-Profit Corporation d/b/a CIVIL AIR<br>PATROL, INC.,<br><br>Defendants. | CASE NO.   2:15-cv-01208-GMN-CWH<br><br>**STIPULATION AND ORDER TO<br>EXTEND THE TIME TO FILE THE<br>STIPULATED DISCOVERY<br>PLAN/STIPULATED ORDER<br>(FIRST REQUEST)** |

Plaintiff FRANCES M. WEEKS-ANDEREGG and Defendant UNITED STATES OF AMERICA, by and through their respective attorneys, submit this Stipulation and Order to Extend the Time to File the Stipulated Discovery Plan/Stipulated Order, pursuant to Local Rules 6-1 and 7-1. The Discovery Plan/Scheduling Order is due by January 28, 2016. The parties propose a thirty (30) day extension of time to February 29, 2016. This is the parties' first request, and the same is not interposed for purposes of delay, but rather for the sole purpose of allowing the parties to thoroughly discuss the issues in this case and to come to an agreed upon discovery plan.

### PREFATORY REMARKS

This case arises from a motor vehicle collision occurring on January 24, 2011 on Carey Avenue in Clark County, Nevada. Plaintiff alleges that Kathrynne Alexine McPherson, who was

in the course and scope of her employment with the United States of America and/or Civil Air Patrol, failed to yield the right-of-way while attempting to turn left into a private drive in front of Plaintiff's vehicle causing the motor vehicle collision.

It was necessary for Plaintiff's counsel, Steve Baker, to take an unexpected extended medical leave of absence beginning on or about November 23, 2015. Plaintiff's counsel is scheduled to return from leave and resume the day-to-day handling of his files on Monday, February 1, 2016.

Defendant's counsel, Patrick A. Rose, is currently engaged in trial preparation and has trial scheduled on February 2, 3, and 10, 2016.

In light of Mr. Baker's unexpected extended medical leave and Mr. Rose's trial preparation and schedule, counsel has not had the opportunity to thoroughly discuss the issues at hand. An extension of time to file the Stipulated Discovery Plan/Stipulated Order Submitted in Compliance with LR26-1(c) would provide counsel with an opportunity to do so.

DATED this 27th day of January, 2016.

BENSON, BERTOLDO, BAKER & CARTER

By /s/ Steven M. Baker
STEVEN M. BAKER, ESQ.
Nevada Bar No. 4522
7408 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney For Plaintiff*

UNITED STATES ATTORNEY'S OFFICE

By /s/ Patrick A. Rose
PATRICK A. ROSE, ESQ.
Nevada Bar No. 5109
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, NV 89101
*Attorney For Defendant*

IT IS SO ORDERED.

DATED this 28th day of Jan, 2016.

_____
UNITED STATES MAGISTRATE JUDGE