# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCES M. WEEKS-ANDEREGG, | Case No. 2:15-cv-01208-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA; CIVIL AIR PATROL FOUNDATION, INC., an Alabama Domestic Non-Profit Corporation d/b/a CIVIL AIR PATROL, INC., | |
| Defendants. | |

THIS COURT, having been fully apprised that the United States Attorney for the District of Nevada has certified that Kathrynne Alexine McPherson was acting within the scope of federal office or employment at the time of the events alleged in the complaint, and the Court having been apprised of the substitution of the United States as defendant for the asserted tort claims, by operation of law pursuant to 28 U.S.C. § 2679(d)(1),

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(1), the United States has been substituted for Kathrynne Alexine McPherson as the defendant on the grounds that the exclusive remedy for such alleged torts arising from conduct within the scope of federal office or employment is an action against the United States;

**IT IS FURTHER ORDERED** that the caption of this action is amended as shown above to reflect this substitution of the United States for Kathrynne Alexine McPherson.

_____
UNITED STATES DISTRICT JUDGE
**DATED:** March 23, 2016